# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BRAD BERMAN, | : No. 279 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.